UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBEKAH MOHILO,

    Plaintiff,

v.

PERFORMANCE VALIDATION, INC., et al.,

    Defendants.
_____/

Case No. 1:21-cv-491

HONORABLE PAUL L. MALONEY

**ORDER OF DISMISSAL AS TO DEFENDANT PERFORMANCE VALIDATION, LLC**

This Court having sent to counsel for Plaintiff a Notice of Impending Dismissal as to Defendant Performance Validation, LLC (ECF No. 8) and Plaintiff having filed a response (ECF No. 10):

NOW THEREFORE, this matter is hereby **DISMISSED** without prejudice as to Defendant Performance Validation, LLC for the reasons contained in the response.

**IT IS SO ORDERED**.

Dated:  August 18, 2021

   /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge